# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TK HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-11375 (BLS)<br><br>(Jointly Administered) |
| ERIC D. GREEN, as Trustee of the Takata Airbag Tort Compensation Fund,<br><br>Plaintiff,<br><br>v.<br><br>MITSUI SUMITOMO INSURANCE COMPANY, LIMITED,<br><br>Defendant. | Adv. Pro. 20-51004 (BLS)<br><br>**Related Adv. D.I.:** **21** |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Mitsui Sumitomo Insurance Co., Ltd. ("**MSI**") hereby files this notice of appeal (the "**Notice**"), pursuant to 28 U.S.C. § 158(a), Federal Rules of Bankruptcy Procedure 8002 and 8004, and Rules 8003-1 and 8004-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, from the *Memorandum Order Granting Plaintiff's Motion for Alternative Service*, entered on February 23,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

1

2021 [Adv. D.I. 21] (the "**Order**").[2] Contemporaneous with the filing of this Notice, MSI is filing a *Motion for Leave to File Interlocutory Appeal of Memorandum Order Granting the Plaintiff's Motion for Alternative Service*.

A copy of the Order is attached hereto as **Exhibit A**.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Counsel** |
|---|---|
| *Appellant*<br><br>Mitsui Sumitomo Insurance Co., Ltd. | BAYARD, P.A.<br>Evan T. Miller<br>Daniel N. Brogan<br>Steven D. Adler<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000 |
| *Appellee*<br><br>Eric D. Green, as Trustee of the Takata Airbag Tort Compensation Fund | BLANK ROME LLP<br>Stanley B. Tarr<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400<br><br>BROWN RUDNICK LLP<br>David J. Molton<br>Gerard T. Cicero<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br><br>GILBERT LLP<br>Kami E. Quinn<br>Emily P. Grim<br>700 Pennsylvania Avenue, SE<br>Suite 400<br>Washington, DC 20003<br>Telephone: (202) 772-2200 |

---

[2] The signed Order was originally sent by Chambers to undersigned counsel on February 12, 2021.

Dated: February 26, 2021

BAYARD, P.A.

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
Daniel N. Brogan (No. 5723)
Steven D. Adler (No. 6257)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
emiller@bayardlaw.com
dbrogan@bayardlaw.com
sadler@bayardlaw.com

*Attorneys for Appellant Mitsui Sumitomo Insurance Company, Ltd.*