# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>TK HOLDINGS, INC., *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 17-11375 (BLS)<br><br>(Jointly Administered) |
| ERIC D. GREEN, as Trustee of the Takata Airbag Tort Compensation Fund,<br><br>          Plaintiff,<br><br>v.<br><br>MITSUI SUMITOMO INSURANCE COMPANY, LIMITED,<br><br>          Defendant. | Adv. Pro. 20-51004 (BLS)<br><br>**Related Adv. D.I.:** __28__ |

### ORDER GRANTING MITSUI SUMITOMO INSURANCE COMPANY, LIMITED'S MOTION TO SHORTEN NOTICE REGARDING ITS EMERGENCY MOTION FOR A STAY PENDING APPEAL

Upon consideration of *Mitsui Sumitomo Insurance Company, Limited's Motion to Shorten Notice Regarding Its Emergency Motion for a Stay Pending Appeal* (the "**Motion to Shorten**"); and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed and considered the Motion to Shorten and any responses thereto; and notice

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A).  Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases.  The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

of the Motion to Shorten was sufficient under the circumstances; and after due deliberation thereof;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. The Plaintiff shall file and serve objections to the *Emergency Motion for a Stay Pending Appeal of the Memorandum Order Granting the Plaintiff's Motion for Alternative Service* (the "**Stay Motion**") no later than **March 5, 2021 at 12:00 p.m. (ET)**.

3. The hearing with respect to the Stay Motion and any objections thereto shall take place on **March 8, 2021 at 10:00 a.m. (ET)**.

**Dated: March 3rd, 2021**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**