**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TK HOLDINGS, INC., *et al.*, | Case No. 17-11375 (BLS) |
| Debtors.[1] | (Jointly Administered) |
| Eric D. Green, as Trustee of the Takata Airbag Tort Compensation Trust Fund, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 20-51004 (BLS) |
| Mitsui Sumitomo Insurance Company, Limited, | |
| Defendant. | **Hearing Date: March 9, 2021 at 10:00 a.m. (ET)** |

## NOTICE OF CONTINUED HEARING

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING MUST REGISTER THROUGH ZOOM.**

**You must now register for the ZOOM call. When registering, please copy and paste the below link to your browser.**

**Topic: TK - Green v. Mitsui; Adv Proc No. 20-51004**
**When: Mar 9, 2021 10:00 AM Eastern Time (US and Canada)**

**Register in advance for this meeting:**
**https://debuscourts.zoomgov.com/meeting/register/vJIsduGppj0uE5tLkUa7OYmBKikyLH-GOfU**

**After registering, you will receive a confirmation email containing information about joining the meeting.**

**PLEASE NOTE: COURTCALL WILL NOT BE USED FOR THIS HEARING.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A) (collectively, the "Debtors"). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these Chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

152775.01000/125319710v.1

**PLEASE TAKE NOTICE** that, with permission from the Court, the hearing scheduled for March 8, 2021 at 10:00 a.m. in the above-captioned case has been continued to **March 9, 2020 at 10:00 a.m. (prevailing Eastern Time)**. The matters scheduled for hearing on March 8, 2021 are now continued for hearing on March 9, 2021.

Dated: March 8, 2021
       Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE No. 5535)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
E-mail:   tarr@blankrome.com

-AND-

**BROWN RUDNICK LLP**
David J. Molton (admitted *pro hac vice*)
Gerard T. Cicero (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone:   (212) 209-4800
E-mail:   dmolton@brownrudnick.com
          gcicero@brownrudnick.com

-AND-

**GILBERT LLP**
Kami E. Quinn (admission *pro hac vice* pending)
Emily P. Grim (admission *pro hac vice* pending)
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Telephone:   (202) 772-2200
E-mail:   quinnk@gilbertlegal.com
          grime@gilbertlegal.com
          abrishamim@gilbertlegal.com

*Attorneys for Eric D. Green, in his capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund*