# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TK HOLDINGS, INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 17-11375 (BLS)<br><br>(Jointly Administered) |
| ERIC D. GREEN, as Trustee of the Takata Airbag Tort Compensation Fund,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MITSUI SUMITOMO INSURANCE COMPANY, LIMITED,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. 20-51004 (BLS)<br><br>**Re: Adv. D.I.:** **1, 37, 38, 40, 41, 42 and 45** |

## NOTICE OF COMPLETION OF BRIEFING

Pursuant to Rule 7007–4 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Defendant Mitsui Sumitomo Insurance Company, Limited, by and through its counsel, hereby provides notice that briefing has been completed on the *Motion to Dismiss Adversary Proceeding* [Adv. D.I. 37].

PLEASE TAKE FURTHER NOTICE that copies of the following related documents will be delivered to Chambers on or about the date hereof:[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

[2] As discussed on the record at the hearing relating to the above-referenced matter on April 14, 2021, counsel for the Plaintiff will be delivering the appropriate binder(s) to the Court, notwithstanding Local Rule 7007-4.

| **Pleadings and Documents** | **Tab No.** |
|---|---|
| Complaint for Declaratory Relief by the Trustee for the Takata Airbag Tort Compensation Trust Fund by Eric D. Green, in his capacity as trustee of the PSAN PI/WD Trust d/b/a the Takata Airbag Tort Compensation Trust Fund against Mitsui Sumitomo Insurance Company, Limited [Adv. D.I. 1; filed 11/5/2020] | 1 |
| Motion to Dismiss Adversary Proceeding [Adv. D.I. 37; filed 3/15/2021] | 2 |
| Opening Brief in Support of Defendant's Motion to Dismiss [Adv. D.I. 38; filed 3/15/2021] | 3 |
| Response of the Trustee of the Takata Airbag Tort Compensation Trust Fund in Opposition to Mitsui Sumitomo Insurance Company, Limited's Motion to Dismiss [Adv. D.I. 40; filed 3/29/2021] | 4 |
| Reply Brief in Further Support of Defendant's Motion to Dismiss [Adv. D.I. 41; filed 4/5/2021] | 5 |
| Request for Oral Argument filed by Eric D. Green [Adv. D.I. 42; filed 4/7/21] | 6 |
| Request for Oral Argument filed by Mitsui Sumitomo Insurance Company, Limited [Adv. D.I. 45; filed 4/12/21] | 7 |

*[signature page follows]*

| | |
|---|---|
| Dated: April 14, 2021<br>Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (No. 5364)<br>Daniel N. Brogan (No. 5723)<br>Steven D. Adler (No. 6257)<br>600 N. King Street, Suite 400<br>Wilmington, DE  19801<br>Telephone: (302) 655-5000<br>Email:  emiller@bayardlaw.com<br>           dbrogan@bayardlaw.com<br>           sadler@bayardlaw.com<br><br>*Attorneys for Mitsui Sumitomo Insurance Company, Ltd.* |