# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TK HOLDINGS, INC., *et al.*, | Case No. 17-11375 (BLS) |
| Debtors.[1] | (Jointly Administered) |
| Eric D. Green, as Trustee of the Takata Airbag Tort Compensation Trust Fund, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 20-51004 (BLS) |
| Mitsui Sumitomo Insurance Company, Limited, | |
| Defendant. | **Hearing Date: April 28, 2021 at 1:30 p.m. (ET)** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, with permission from the Court, a hearing has been scheduled for **April 28, 2021 at 1:30 p.m. (prevailing Eastern Time)** in the above-captioned adversary proceeding regarding *Defendant's Motion to Dismiss* [Adv. Docket No. 37] and the briefing filed in connection therewith.

Dated: April 15, 2021  
       Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE No. 5535)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A) (collectively, the "Debtors"). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these Chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

Telephone: (302) 425-6400
E-mail: tarr@blankrome.com

-AND-

**BROWN RUDNICK LLP**
David J. Molton (admitted *pro hac vice*)
Gerard T. Cicero (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
E-mail: dmolton@brownrudnick.com
gcicero@brownrudnick.com

-AND-

**GILBERT LLP**
Kami E. Quinn (admission *pro hac vice* pending)
Emily P. Grim (admission *pro hac vice* pending)
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Telephone: (202) 772-2200
E-mail: quinnk@gilbertlegal.com
grime@gilbertlegal.com
abrishamim@gilbertlegal.com

*Attorneys for Eric D. Green, in his capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund*