IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re TK HOLDINGS, *et al.*, | : | Chapter 11 |
| | : | Bankr. Case No. 17-11375-BLS |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ERIC D. GREEN, as Trustee of the Takata Airbag Tort Compensation Fund, | : | Adv. No. 20-51004-BLS |
| | : | |
| Plaintiff-Appellee, | : | |
| v. | : | Misc. No. 21-59-RGA |
| | : | |
| MITSUI SUMITOMO INSURANCE COMPANY, LIMITED, | : | |
| | : | |
| Defendant-Appellant. | : | |

**ORDER**

For the reasons set forth in the accompanying Memorandum, it is hereby ORDERED:

1. The Motion for Leave (D.I. 1) is denied.

2. The Clerk of the Court is directed to close Misc. No. 21-59-RGA.

Entered this **26** day of August, 2021.

*Richard G. Andrews*
United States District Judge

9